No. 24-3636

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ESTATE OF IAN SIMMERS, by and through Administrator Donna Berube,
Plaintiff-Appellant,

v.

KING COUNTY, et al.,
Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Washington
No. 2:21-cv-00100-BJR

**KING COUNTY APPELLEES' RESPONSE
TO APPELLANT'S MOTION FOR AN EXTENSION
OF TIME TO FILE OPENING BRIEF**

Geoff Grindeland
   WSBA No. 35798
Nikki Carsley
   WSBA No. 46650
SEAMARK LAW GROUP PLLC
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510
geoff@seamarklaw.com
nikki@seamarklaw.com

*Counsel for King County Appellees*

When counsel for Appellant inquired about Appellees' position regarding a second extension of time, he did not mention that he had been unable to work on the opening brief due to other work obligations. Instead, he stated only that he wanted additional time to obtain assistance from law students. In light of this new information disclosed for the first time in the motion, (Dkt. 7.1 at 3), the King County Appellees no longer oppose Appellant's request for an additional extension of 45 days.

DATED: September 10, 2024

>Respectfully submitted,
>
>SEAMARK LAW GROUP PLLC
>Attorneys for King County Appellees
>
>*s/Geoff Grindeland*
>Geoff Grindeland, WSBA No. 35798
>Nikki Carsley, WSBA No. 46650
>Seamark Law Group PLLC
>400 Winslow Way E, Ste 230
>Bainbridge Island, WA 98110
>(206) 502-2510
>geoff@seamarklaw.com
>nikki@seamarklaw.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished via the CM/ECF system.

DATED: September 10, 2024

*s/Geoff Grindeland*
Geoff Grindeland
